IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| United States of America, | ) | Case No.   8:12cv201 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| $63,530.00 in United States Currency, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on December 2, 2015 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits   9/17/2013

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   January 5, 2016

BY THE COURT

s/ F.A. Gossett
United States District Judge